**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1)    NANCY BRANDWEIN, EX. REL.<br>GAFP, INC. F/K/A AMERISTAR<br>FENCE PRODUCTS, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>1)    FEDERAL INSURANCE COMPANY,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>Case No. 24-cv-00321-JFJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the Plaintiff and Defendant, by and through their respective attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby submit this Stipulation of Dismissal with Prejudice of all claims asserted in this lawsuit with prejudice to the refiling thereof. The parties have resolved the issues giving rise to this lawsuit. Each party is to pay their own attorneys fees.

Respectfully submitted,

**ATKINSON, BRITTINGHAM, GLADD, FIASCO & EDMONDS**
A PROFESSIONAL CORPORATION


   /s/ *James N. Edmonds*
James N. Edmonds, OBA #15757
Kristopher K. McVay, OBA #33231
1500 ParkCentre
525 South Main
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:  (918) 585-8096
jedmonds@abg-oklaw.com
kmcvay@abg-oklaw.com
***Attorneys for Plaintiff***

**NORTON ROSE FULBRIGHT US LLP**


   /s/ *Manuel Mungia*
Manuel Mungia, Texas Bar No. 24060310
Chad Schreiber, Texas Bar No. 24085732
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Manuel.mungia@nortonrosefulbright.com
Chad.scheriber@nortonrosefulbright.com

and

**RHODES HEUIRONYMUS JONES TUCKER & GABLE**
John H. Tucker, OBA # 9110
Kerry R. Lewis, OBA #16519
P.O. Box 21100
2 West Second Street, Suite 1000
Tulsa, Oklahoma 74121
Telephone: (918) 582-1173
Facsimile: (918) 592-3390
Jtucker@rhodesokla.com
Klewis@rhodesokla.com
***Attorneys for Federal Insurance Company***

## CERTIFICATE OF SERVICE

This is to certify that on this, the 20th day of January, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Manuel Mungia Manuel.mungia@nortonrosefulbright.com
Chad Schreiber Chad.scheriber@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205

John H. Tucker (jtucker@rhodesokla.com)
Kerry R. Lewis (klewis@rhodesokla.com)
2 West Second Street, Suite 1000
Tulsa, OK 74103
***Attorneys for Defendant***

S:\Files\372\294\StipDissmalPrejudice-jne.wpd